IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT NICHOLS FLINT DILLE and LORRAINE DILLE, Plaintiffs, <br><br> v. <br><br> LOUISE A. GEER, Defendant | : <br> : Civil Action <br> : No. 20-cv-00924-WB <br> : <br> : JURY TRIAL DEMANDED <br> : |

**DEFENDANT'S STATUS REPORT PURSUANT TO THE COURT'S ORDERS OF FEBRUARY 4, 2021, JULY 21, 2021, and JANUARY 3, 2022**

Defendant, Louise A. Geer ("Geer"), by and through her attorneys, Kane, Pugh, Knoell, Troy & Kramer, LLP, hereby provides the following status report as directed by the Court's Orders of Feb. 4, 2021, July 21, 2021, and Jan. 3, 2022.[1] The First Lawrence County Action remains ongoing. Following a bench trial and motion for reconsideration, Judge Acker held that (1) Geer was lawfully appointed the Trustee of the Dille Family Trust (the "DFT") on June 6, 2011, and (2) her purported removal as Trustee on Aug. 26, 2018 was ineffective. See Jan. 11, 2022 Am. Findings of Fact, Concl. of Law, and Order of Court, attached as Exhibit "A" (the "Trusteeship Order"). These findings confirm that Geer was the lawful Trustee of the DFT at the time of the settlement of the underlying litigation between the DFT and the Nowlan Family Trust (the "NFT") on Feb. 29-March 1, 2019, which settlement forms the basis of this case.

Judge Acker had previously ordered the next phase of the First Lawrence County Action to proceed to a three-day hearing on Apr. 19-21, 2022.[2] See Ex. A at p. 13. However, on or about

---

[1] At a Rule 16 Conference on Feb. 4, 2021, this Honorable Court entered an Order (ECF No. 75) that (1) stayed the instant action pending further proceedings in an ongoing, related litigation captioned *In re: Dille Family Trust*, Case No. 43-19 OC, Pennsylvania Court of Common Pleas, Lawrence County, Orphans Court Division (the "First Lawrence County Action") and (2) directed the parties to provide periodic status updates during the stay. Following a status conference on July 21, 2021, the Court entered another Order directing that all proceedings remain stayed pending further proceedings in the First Lawrence County Action and directing the parties to submit status reports beginning on Sept. 21, 2021 and every 60 days thereafter. On Jan. 3, 2022, the Court entered another Order stating that this matter shall remain stayed until the conclusion of the First Lawrence County Action and directing the parties to submit status reports beginning on Jan. 17, 2022 and every 60 days thereafter.

[2] That hearing would concern the issues of (1) the partial accounting and request for distribution filed by Geer as Trustee of the DFT and (2) the Beneficiaries' counterclaims for, *inter alia*, fraud, negligence, and

1

Jan. 21, 2022, the Beneficiaries of the DFT (*i.e.*, Plaintiffs in this case), appealed the Trusteeship Order (and another Order) to the Pennsylvania Superior Court. On Feb. 22, 2022, Judge Acker entered an Order partially granting and partially denying the Beneficiaries' Motion to Stay Proceedings, which is attached as Exhibit "C." Pending those appeals, the First Lawrence County Action was partially stayed regarding certain issues, including Geer's Trusteeship, the accounting of Geer's administration of the DFT, and the Beneficiaries' surcharge action against Geer. *Id*. at ¶ 3. Those issues were to be addressed upon the conclusion of the appeals.

The Superior Court has now affirmed the Trusteeship Order and the Beneficiaries did not petition for further appeal to the Pennsylvania Supreme Court. Accordingly, Judge Acker's finding that Geer was lawfully appointed trustee and remains the trustee of the DFT is a final determination on that issue. The Superior Court also affirmed Judge Acker's July 8, 2021 Order imposing sanctions in the amount of $85,883 against the Beneficiaries for contempt of court. See Aug. 18, 2023 Superior Court opinion attached as Exhibit "D." Judge Acker has also held the Beneficiaries in contempt for violating two previous Court Orders. See Nov. 1, 2022 Order and Nov. 2, 2022 Am. Order, attached hereto as Exhibit "E."

The Superior Court has disposed of the two remaining appeals in the First Lawrence County Action, including affirming Judge Acker's finding that the situs of the trust has been and remains in Pennsylvania. See May 16, 2024 Super. Court Op. attached hereto as Exhibit "F." In its ruling, the Superior Court determined that the Beneficiaries "have unclean hands." *Id*. at 15. With those appeals concluded, the accounting phase of the case can now move forward. The Court is considering dispositive motions filed by all parties. Should the case survive those motions, a two-day bench trial on any remaining issues will be held on August 4-5, 2025, if necessary.

---

breach of fiduciary duty, which were pled in their Request for Surcharge against Geer. See Oct. 1, 2020 Order, a true and correct copy of which is attached as Exhibit "B," at ¶ 3; see also Ex. A at p. 12-13 ("In as much as the issues of the status of Louise Geer as trustee were bifurcated from the other issues of account and surcharges, a hearing on those issues will be scheduled.").

In the Lawrence County Civil Division, Judge Hodge dismissed another action (the "Second Lawrence County Action") filed against Geer by the Beneficiaries which, like this action, attempted to litigate the same claims as the First Lawrence County Action. Judge Hodge determined that Judge Acker has "sole and complete" jurisdiction over those claims and dismissed the Complaint with prejudice, and without leave to amend. On appeal, the Superior Court found that instead of dismissing the Beneficiaries' claims, Judge Hodge should have transferred those claims to the Orphans Court division, and remanded the case with instructions to transfer the case accordingly. *See* March 18, 2024 Opinion attached as Exhibit "G." The pleadings in that case are now closed and discovery has commenced.

        Respectfully submitted,

        By:   /s/ Paul C. Troy, Esquire
            Paul C. Troy, Esquire
            James G. Schu, Jr., Esquire
            I.D. Nos. 60875/311663
            KANE, PUGH, KNOELL, TROY & KRAMER LLP
            400 Sentry Parkway East, #100
            Blue Bell, PA 19422
            *Attorneys for Defendant, Louise A. Geer*

4914-1816-5071, v. 1